1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
   rdrake@drakeanddrake.com
3  23679 Calabasas Road, Suite 403
4  Calabasas, California  91302
   Telephone:  818.438.1332
5  Facsimile:  818.854.6899
6  Attorneys for Plaintiff
7

8
            UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10

11 | SARA E. GONZALEZ,              )
12 |                                ) CASE NO.: 2:14-cv-06411-DTB
   |     Plaintiff,                 )
13 |                                )
14 | v.                             )
   |                                ) [~~PROPOSED~~] ORDER AWARDING
15 | CAROLYN W. COLVIN, Acting,     ) EAJA FEES
16 | Commissioner of Social Security,)
   |                                )
17 |     Defendant.                 )
18 |_____)

19

20     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

21     IT IS ORDERED that EAJA fees are awarded in the amount of ONE

22  THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($1,600.00) subject to the

23  terms of the stipulation.

24

25  DATED:  August 10, 2015        _____
                                    HONORABLE DAVID T. BRISTOW
26                                  UNITED STATES MAGISTRATE JUDGE
27

28

-1-